UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, WORKERS UNITED, *et al.*, <br><br>      Plaintiffs, <br><br> v. <br><br>FDR SERVICES CORP. OF NEW YORK, <br><br>      Defendant. | No. 23-CV-10173 (KMK) <br><br>ORDER OF DISMISSAL |

KENNETH M. KARAS, United States District Judge:

 The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-captioned Action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five days of the date of this Order if the settlement is not consummated.

 To be clear, any application to reopen **must** be filed **within forty-five days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same forty-five day period to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

 Any pending motions are denied. All conferences are adjourned sine die. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: September 6, 2024
    White Plains, New York

                   KENNETH M. KARAS
                   United States District Judge